# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

JAMES ERIC MARTIN                                                                                    PLAINTIFF
ADC #110186

V.                                        NO: 3:09CV00096 SWW

DAN LANGSTON *et al.*                                                                           DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 17th day of July, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE